IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | 2:14-CR-0017 (3) |
| MARIO CASTILLO | § § | |

### ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

Defendant has filed with this Court a motion to dismiss. On June 11, 2014, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the motion to dismiss be denied. On June 17, 2014, defendant filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by defendant to the Report and Recommendation. The objections filed by defendant are hereby OVERRULED and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, the motion to dismiss is DENIED.

IT IS SO ORDERED.

ENTERED this 18th day of June, 2014.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE